**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leroy DEXTER, Defendant–Appellant.**

**No. 10–10995**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 22, 2011.

Christopher P. Canova, Terry Flynn, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Brett Meltzer, U.S. Attorney's Office, Gainesville, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, Darren James Johnson, Federal Public Defender Office, Gainesville, FL, for Defendant–Appellant.

Before WILSON, MARTIN and FAY, Circuit Judges.

**PER CURIAM:**

Chet Kaufman, appointed counsel for Leroy Dexter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dexter's convictions and sentences are **AFFIRMED.**